# Order

Michigan Supreme Court
Lansing, Michigan

April 7, 2010

Marilyn Kelly,
Chief Justice

140084

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 140084
      COA: 294355
      Jackson CC: 08-004192-FH

CURTIS ALVIN CRAFT,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 12, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2010

_____
Clerk

p0331